IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAHNAZ BEIGI HOSSAINI, | ) | 4:11CV3026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADEL VAELIZADEH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's motion to dismiss (filing 11) is granted pursuant to Federal Rule of Civil Procedure 41(a) and the plaintiff's action is dismissed without prejudice, at plaintiff's costs.

2. Defendant's motion to quash service and to dismiss (filing 3) is dismissed without prejudice, as moot.

3. Defendant's motion to disqualify plaintiff's counsel (filing 4) is dismissed without prejudice, as moot.

4. Final judgment shall be entered by separate document.

DATED this 24th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge